**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**GET SMOKED, INC.,**

    **Plaintiff,**

v.                                                                                     Case No.  8:12-cv-1697-T-30MAP

**PATRICIA McNEILL, an individual**
**residing in Florida d/b/a Tampa Bay Traders**
**a/k/a Patricia Miller, and GLOBAL**
**IMPRESSIONS, INC.,**

    **Defendants.**
_____/

## **ORDER**

THIS CAUSE comes before the Court upon Plaintiff's Motion for Entry of Default Judgment Against Defendant Global Impressions, Inc. (Dkt. 30) and Paul Bowen's Notice of Appearance of Counsel (Dkt. 31).  The Court, having reviewed the motion, notice of appearance, and being otherwise advised in the premises, concludes the motion for entry of default judgment should be denied as moot.

On April 16, 2013, Magistrate Judge Mark A. Pizzo granted Paul Bowen's unopposed motion for leave to withdraw as counsel for Defendant Global Impressions, Inc.  Judge Pizzo's order cautioned Global Impressions that failure to retain counsel within thirty days may result in an entry of default judgment.

Plaintiff Get Smoked, Inc., filed its motion for entry of default judgment on May 20, 2013, based on Global Impressions' failure to file a notice of appearance. On May 28, 2013,

Paul Bowen filed a new notice of appearance on behalf of Global Impressions.  Thus, the basis for Plaintiff's motion for default judgment is now moot and the motion is denied.

It is therefore ORDERED AND ADJUDGED that:

1. Plaintiff's Motion for Entry of Default Judgment Against Defendant Global Impressions, Inc. (Dkt. 30) is DENIED as moot.

**DONE** and **ORDERED** in Tampa, Florida on June 3, 2013.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2012\12-cv-1697.denydefaultjudgment.frm