**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

GET SMOKED, INC.,

    Plaintiff,

v.                                          Case No: 8:12-cv-1697-T-30MAP

PATRICIA MILLER and GLOBAL
IMPRESSIONS, INC.,

    Defendants.

## ORDER

THIS CAUSE comes before the Court upon the Plaintiff's Motion in Limine (Dkt. #68). Upon review and consideration, it is

ORDERED AND ADJUDGED that:

1. Plaintiff's Motion in Limine (Dkt. #68) is GRANTED in part.

2. Defendants' exhibit identified as "Inland Gear Buyer's Guide" is excluded from trial.

3. The Court reserves ruling on the exclusion of the Defendants' exhibit identified as "trust documents" until Plaintiff has had an opportunity to review the documents and demonstrate that it is prejudiced by Defendants' failure to produce them during discovery.

**DONE** and **ORDERED** in Tampa, Florida, this 11th day of February, 2014.

*/s/ James S. Moody, Jr.*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Odd\2012\12-cv-1697 motionin limine.docx